# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-3422
LT Case No. 2020-CA-723

_____

DUVAL COUNTY PUBLIC SCHOOLS
and LEWIS JAMES,

      Appellants,

      v.

JOWANDA JACKSON as Legal
Guardian of Kyesha Johnson, a
Child, and KYESHA JOHNSON,

      Appellees.

_____

Nonfinal appeal from the Circuit Court for Duval County.
Robert M. Dees, Judge.

Sonya Harrell, Assistant General Counsel, City of Jacksonville,
Office of General Counsel, Jacksonville, for Appellants.

Donald L. Dempsey, II, of Donald L. Dempsey, II, P.A.,
Jacksonville, for Appellees.

July 12, 2024

PER CURIAM.

    Duval County Public Schools ("DCPS") and Lewis James,
Appellants, appeal the denial of their motion for summary
judgment based on sovereign immunity. We affirm the order

denying summary judgment as to Mr. James without further discussion. However, we conclude that the trial court erred in denying summary judgment to DCPS.

We review the trial court's order de novo. *Welch v. CHLN, Inc.*, 357 So. 3d 1277, 1278 (Fla. 5th DCA 2023). "The court views the evidence in a light most favorable to the non-moving party, and a genuine dispute occurs when the evidence would allow a reasonable jury to return a verdict for that party." *Id.*

On appeal, DCPS argues that, based on the summary judgment evidence, it was immune from suit because Appellees failed to provide notice to the Department of Financial Services as required by section 768.28(6)(a), Florida Statutes (2023). On our record, we agree. As such, DCPS is entitled to summary judgment on its claim of sovereign immunity.

AFFIRMED in part, REVERSED in part, and REMANDED.

EISNAUGLE, BOATWRIGHT, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2